**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIEDRE L. CREECH, | Case No. CV ED13-1292 SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN Commissioner of the Social Security Administration, | |
| Defendant. | |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED:  June 20, 2014

                              _____
                                      /S/
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE